**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : Honorable Cathy L. Waldor |
| | : |
| v. | : |
| | : Mag. No. 12-7144 |
| DUVAL MOORE, | : |
| a/k/a "Cool Shoes" | : **ORDER FOR CONTINUANCE** |

          This matter having come before the Court on the joint
application of Paul J. Fishman, United States Attorney for the
District of New Jersey (Mary E. Toscano, Assistant U.S. Attorney,
appearing), and defendant Duval Moore, a/k/a "Cool Shoes"
(Candace Hom, Assistant Federal Public Defender, appearing), for
an order granting a continuance of the proceedings in the above-
captioned matter for a period of 60 days to permit defense
counsel the reasonable time necessary for effective preparation
in this matter and to allow the parties to engage in plea
negotiations, and the defendant and his counsel being aware that
the defendant has the right to have this matter presented to a
Grand Jury within thirty (30) days of his arrest, pursuant to
Title 18, United States Code, Section 3161(b), and no
continuances having previously been granted by the Court pursuant
to Title 18, United States Code, Section 3161(h)(7)(A), and the
defendant having consented to the continuance and waived such
right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1)   The parties request an opportunity for sufficient time to engage in plea negotiations, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2)   Pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendants in a speedy trial.

IT IS, therefore, on this ___8___ day of May, 2012,

ORDERED that this action be, and it hereby is, continued for a period of sixty days from May 4, 2012 to July 3, 2012; and it is further

ORDERED that the period from May 4, 2012 through July 3, 2012 shall be excludable in computing time under the Speedy Trial Act of 1974.

s/Cathy L. Waldor

HONORABLE CATHY L. WALDOR
UNITED STATES MAGISTRATE JUDGE

Form and entry
consented to:


Mary E. Toscano
Assistant U.S. Attorney


Candace Hom, Assistant Federal Public Defender
Counsel for defendant Duval Moore